THE HONORABLE JOHN C. COUGHENOUR

1

2

3

4

5

6

7

8

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

9

UNITED STATES OF AMERICA,

CASE NO. C24-0085-JCC

10

Plaintiff,

MINUTE ORDER

11

v.

12

BREANNA R. MISTLER,

13

Defendant.

14

15

16

The following Minute Order is made by direction of the Court, the Honorable John C.

Coughenour, United States District Judge:

17

18

19

This matter comes before the Court on Defendant's unopposed motion to extend the

deadline to file pretrial motions (Dkt. No. 26). Finding good cause, the motion is GRANTED.

The deadline is extended from June 13, 2024, to June 20, 2024.

20

21

DATED this 11th day of June 2024.

22

23

Ravi Subramanian
Clerk of Court

24

s/Kathleen Albert
Deputy Clerk

25

26

MINUTE ORDER
C24-0085-JCC
PAGE - 1