The Honorable John C. Coughenour

1

2

3

4

5

6

7

8

9

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

10

11

12

13

14

15

16

| UNITED STATES OF AMERICA, | NO. CR24-085 JCC |
| Plaintiff, | |
| v. | [~~PROPOSED~~]<br>DISCOVERY PROTECTIVE ORDER |
| BREANNA MISTLER, | |
| Defendant. | |

17   This matter, having come to the Court's attention on the Stipulation for Entry of a

18   Discovery Protective Order submitted by the United States of America and Defendant

19   BREANNA MISTLER, and the Court, having considered the motion, and being fully

20   advised in this matter, hereby enters the following PROTECTIVE ORDER:

21       1.    <u>Protected Material</u>

22       The following documents and materials are deemed Protected Material.  The

23   United States will make available copies of the Protected Materials, including those filed

24   under seal, to defense counsel to comply with the government's discovery obligations.

25   Possession of copies of the Protected Materials is limited to the Defendant, attorneys of

26   record, and investigators, paralegals, law clerks, experts, and assistants for the attorneys

27   of record (hereinafter collectively referred to as members of the defense team).

28

DISCOVERY PROTECTIVE ORDER - 1
*United States v. Mistler,* CR24-085 JCC

1    This category of Protected Materials will be marked and labeled as "Protected

2  Material":

3              a.      Photographs of the minor victim; and

4              b.      Medical records of the minor victim.

5        2.      Scope of Review of Protected Material

6        Defense attorneys of record and members of the defense team may share the

7  Protected Material with the Defendant. The Defendant, attorneys of record, and members

8  of the defense team acknowledge that providing copies of the Protected Material to other

9  persons is prohibited and agree not to duplicate or provide copies of Protected Material to

10  other persons.

11        3.      Consent to Terms of Protective Order

12        The provisions of the protective order shall apply to the Defendant and all

13  members of the defense team, including but not limited to other attorneys, contract

14  attorneys, investigators, legal assistants, interns, experts, and paralegals. It is the

15  responsibility of defense counsel to ensure that all members of the defense team

16  understand the restrictions of the protective order and understand that they are required to

17  abide by those restrictions.

18        4.      Parties' Reciprocal Discovery Obligations

19        Nothing in this order should be construed as imposing any discovery obligations

20  on the government or the defendant that are different from those imposed by case law and

21  Rule 16 of the Federal Rules of Criminal Procedure, and the Local Criminal Rules.

22        5.      Filing of Protected Material

23        Any Protected Material that is filed with the Court in connection with pre-trial

24  motions, trial, sentencing, or other matter before this Court, shall be filed under seal and

25  shall remain sealed until otherwise ordered by this Court.  This does not entitle either

26  party to seal their filings as a matter of course.  The parties are required to comply in all

27  respects to the relevant local and federal rules of criminal procedure pertaining to the

28  sealing of court documents.

DISCOVERY PROTECTIVE ORDER - 2
*United States v. Mistler,* CR24-085 JCC

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WA 98101
(206) 553-7970

1      6.      Non-termination

2          The provisions of this Order shall not terminate at the conclusion of this

3    prosecution.

4          DATED this 12th day of June 2024.

5

6

7

8                                        John C. Coughenour
                                          UNITED STATES DISTRICT JUDGE
9

10   Presented by:

11   */s/ Carolyn Forstein*
     CAROLYN FORSTEIN
12   Assistant United States Attorney

13

14   */s/ Dennis Carroll*
     DENNIS CARROLL
15   Counsel for Defendant Breanna Mistler

16

17

18

19

20

21

22

23

24

25

26

27

28

DISCOVERY PROTECTIVE ORDER - 3
*United States v. Mistler,* CR24-085 JCC

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WA 98101
(206) 553-7970