THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>BREANNA R. MISTLER,<br><br>Defendant | CASE NO. CR24-0085-JCC<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on Defendant's motion for a proposed jury instruction. (Dkt. No. 33.) Having reviewed Defendant's motion and Plaintiff's response, the Court hereby considers oral argument unnecessary and ADVISES the parties that it shall DEFER ruling on the motion until the close of evidence.

//
//
//
//

MINUTE ORDER
CR24-0085-JCC
PAGE - 1

DATED this 6th day of August 2024.

<u>Ravi Subramanian</u>
Clerk of Court

<u>s/Kathleen Albert</u>
Deputy Clerk